808 A.2d 926

In re ADOPTION OF M.R.M., Petition of E.R.

No. 771 WAL 2001.

Supreme Court of Pennsylvania.

Oct. 17, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of October, 2002, the Petition for Allowance of Appeal and the Application to Vacate and Remand are hereby granted, and the case is remanded to the Court of Common Pleas of Allegheny County for further proceedings consistent with this Court's decision in *In re Adoption of R.B.F.*, 803 A.2d 1195 (Pa.2002).